770 S.E.2d 767

The STATE, Respondent,

v.

Lexie DIAL, III, Petitioner.

Appellate Case No. 2013–001970.
No. 27512.

Supreme Court of South Carolina.

Heard March 5, 2015.
Decided April 1, 2015.

H. Wayne Floyd, of West Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General Christina Catoe Bigelow, both of Columbia, for Respondent.

PER CURIAM.

We granted certiorari to review the Court of Appeals' decision in *State v. Dial*, 405 S.C. 247, 746 S.E.2d 495 (Ct.App. 2013). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

PLEICONES, Acting Chief Justice, BEATTY, KITTREDGE, HEARN, JJ., and Acting Justice JAMES E. MOORE, concur.